5535-10218

CHARLES K. BRUNN, SBN 28021
MAHANVIR S. SAHOTA, SBN 245501
LAW OFFICES OF BRUNN & FLYNN
A Professional Corporation
928 – 12th Street, Suite 200
Modesto, CA 95354
Telephone:  (209) 521-2133
Facsimile:  (209) 521-7584

Attorneys for Plaintiffs,
STANISLAUS TOWING & RECOVERY SERVICES, INC., (a California Corporation),
RON HANNINK and STEPHANIE HANNINK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO FACILITY

| | |
|---|---|
| STANISLAUS TOWING & RECOVERY SERVICES, INC., (a California Corporation), RON HANNINK and STEPHANIE HANNINK<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, KAREN ROBERTSON and DOES 1 – 50, inclusive,<br><br>Defendant. | Case No. 1:11−CV−01344−LJO−DLB<br><br><br>**STIPULATION THAT REQUESTS FOR ADMISSIONS NOT BE DEEMED ADMITTED** |

    The parties whose counsel sign this document stipulate as follows for the purposes of this proceeding:

    1.    Plaintiff RON HANNINK, whose responses to Defendant, CITY OF MODESTO's, First Set of Request for Admissions were due March 19, 2012, shall have until April 2, 2012 , to serve on the undersigned counsel for Defendants the responses to this discovery demand.

    2.    The First Set of Requests for Admissions shall not be deemed admitted for the failure to provide responses on March 19, 2012.

MEYERS, NAVE, RIBACK, SILVER & WILSON


Dated:  March 27, 2012      By: _____ /S/ _____
                              Tricia L. Hynes
                              Attorney for Defendants,
                              CITY OF MODESTO and
                              KAREN ROBERTSON

**STIPULATION THAT REQUESTS FOR ADMISSIONS NOT BE DEEMED ADMITTED**

5535-10218

1          LAW OFFICES OF BRUNN & FLYNN

2

3    Dated: __March 27, 2012__          By: _____/S/_____
                                              MAHANVIR S. SAHOTA
4                                             Attorneys for Plaintiffs
                                              STANISLAUS TOWING & RECOVERY SERVICES,
5                                             INC., (a California Corporation), RON HANNINK and
                                              STEPHANIE HANNINK
6
     IT IS SO ORDERED.
7

8       Dated:   __**April 4, 2012**__          _____/s/ Dennis L. Beck_____
                                                  UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION THAT REQUESTS FOR ADMISSIONS NOT BE DEEMED ADMITTED**