```
CHARLES K. BRUNN, SBN 28021
MAHANVIR S. SAHOTA, SBN 245501
LAW OFFICES OF BRUNN & FLYNN
A Professional Corporation
928 – 12th Street, Suite 200
Modesto, CA 95354
Telephone: (209) 521-2133
Facsimile: (209) 521-7584

Attorneys for Plaintiffs,
STANISLAUS TOWING & RECOVERY SERVICES, INC., (a California Corporation),
RON HANNINK and STEPHANIE HANNINK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO FACILITY

| | |
|---|---|
| STANISLAUS TOWING & RECOVERY SERVICES, INC., (a California Corporation), RON HANNINK and STEPHANIE HANNINK<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, KAREN ROBERTSON and DOES 1 – 50, inclusive,<br><br>Defendant. | Case No. 1:11−CV−01344−LJO−DLB<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF DATE** |

The parties whose counsel sign this document stipulate as follows for the purposes of this proceeding:

On July 16, 2012, the parties held an Early Settlement Conference before Magistrate, Dennis L. Beck.  In order to allow further time for settlement discussions and allow for a further Settlement Conference, the parties wish to extend the current discovery deadline of August 1, 2012, to September 17, 2012.

MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated: July 31, 2012     By: _____/S/_____
                                     Kimberly E. Colwell
                                     Attorney for Defendants,
                                     CITY OF MODESTO and
                                     KAREN ROBERTSON

---

1

**STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF DATE**

LAW OFFICES OF BRUNN & FLYNN

Dated:  July 31, 2012                    By:  _____/S/_____
                                              MAHANVIR S. SAHOTA
                                              Attorneys for Plaintiffs
                                              STANISLAUS TOWING & RECOVERY
                                              SERVICES, INC., (a California Corporation),
                                              RON HANNINK and STEPHANIE HANNINK

**Good cause showing therefore, IT IS HEREBY ORDERED:**

The current discovery deadline of August 1, 2012 is extended to September 17, 2012.

IT IS SO ORDERED.

Dated:  **July 31, 2012**                         /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE

---

2
**STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF DATE**