# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

STANISLAUS TOWING & RECOVERY SERVICES, INC., et al.,

            Plaintiffs,

    vs.

CITY OF MODESTO, et al.,

            Defendants.

_____/

CASE NO. CV F 11-1344 LJO DLB

ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO DISMISS ACTION
(Doc. 41.)

This Court's August 30, 2012 minute order set a 30-day deadline for the parties to file papers to dismiss this action. The parties have failed to comply with the minute order. This Court's Local Rule 110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than October 10, 2012, to file papers to show cause why sanctions, including dismissal of this action with or without prejudice and monetary sanctions against counsel and/or plaintiffs, should not be imposed for failure to comply with the February 15, 2012 order. This order to show cause will be discharged if, no later than October 10, 2012, papers are filed to dismiss this action in its entirety.

Moreover, if the parties fail to complete settlement, this Court will explore resetting trial as soon as possible and if necessary, reassigning this action to another district judge, including one from the Sacramento division or another district, to expedite trial.

IT IS SO ORDERED.

Dated:    __October 3, 2012__          __/s/ Lawrence J. O'Neill__
                                 UNITED STATES DISTRICT JUDGE