5535-10218

CHARLES K. BRUNN, SBN 28021
MAHANVIR S. SAHOTA, SBN 245501
LAW OFFICES OF BRUNN & FLYNN
A Professional Corporation
928 – 12th Street, Suite 200
Modesto, CA 95354
Telephone: (209) 521-2133
Facsimile: (209) 521-7584

Attorneys for Plaintiffs,
STANISLAUS TOWING & RECOVERY SERVICES, INC., (a California Corporation),
RON HANNINK and STEPHANIE HANNINK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO FACILITY

| | |
|---|---|
| STANISLAUS TOWING & RECOVERY SERVICES, INC., (a California Corporation), RON HANNINK and STEPHANIE HANNINK<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, KAREN ROBERTSON and DOES 1 – 50, inclusive,<br><br>Defendant. | Case No. 1:11−CV−01344−LJO−DLB<br><br>**REQUEST FOR EXTENSION OF TIME; ORDER DENYING REQUEST FOR EXTENSION OF TIME** |

The parties respectfully request that the court extend the time the above referenced action to October 31, 2012 so that the final settlement documents may be executed and that the settlement funds may be disbursed.

                                        MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated: October 8, 2012  By: _____/S/_____
                                                                        Kimberly E. Colwell
                                                                        Attorney for Defendants,
                                                                        CITY OF MODESTO and
                                                                        KAREN ROBERTSON

///

///

///

///

1

**REQUEST FOR EXTENSION OF TIME;
[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME**

LAW OFFICES OF BRUNN & FLYNN

Dated:  October 8, 2012        By: _____/S/_____
                                    MAHANVIR S. SAHOTA
                                    Attorneys for Plaintiffs
                                    STANISLAUS TOWING & RECOVERY
                                    SERVICES, INC., (a California Corporation),
                                    RON HANNINK and STEPHANIE HANNINK

## **ORDER**

The parties have disobeyed the October 3, 2012 order to show cause in that they provide no meaningful grounds to explain their failure to timely dismiss this action. This Court does not consider a mere request for as extension as good cause for an extension. This Court DENIES the parties' request for an extension to dismiss this action. The October 3, 2012 order to show cause remains in effect.

IT IS SO ORDERED.

Dated:  **October 9, 2012**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE