5535-10218

CHARLES K. BRUNN, SBN 28021
MAHANVIR S. SAHOTA, SBN 245501
LAW OFFICES OF BRUNN & FLYNN
A Professional Corporation
928 – 12th Street, Suite 200
Modesto, CA 95354
Telephone: (209) 521-2133
Facsimile: (209) 521-7584

Attorneys for Plaintiffs,
STANISLAUS TOWING & RECOVERY SERVICES, INC., (a California Corporation),
RON HANNINK and STEPHANIE HANNINK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO FACILITY

| | |
|---|---|
| STANISLAUS TOWING & RECOVERY SERVICES, INC., (a California Corporation), RON HANNINK and STEPHANIE HANNINK<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, KAREN ROBERTSON and DOES 1 – 50, inclusive,<br><br>Defendant. | Case No. 1:11-CV-01344-LJO-DLB<br><br>**REQUEST FOR EXTENSION OF TIME; ORDER GRANTING REQUEST FOR EXTENSION OF TIME** |

The parties respectfully request that the court extend the time the above referenced action to October 31, 2012 so that the final settlement documents may be executed and that the settlement funds may be disbursed.

                                                           MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated: October 8, 2012                           By:         /S/
                                                                                     Kimberly E. Colwell
                                                                                     Attorney for Defendants,
                                                                                     CITY OF MODESTO and
                                                                                     KAREN ROBERTSON

///

///

///

///

5535-10218

LAW OFFICES OF BRUNN & FLYNN

Dated:  October 8, 2012          By: _____/S/_____

MAHANVIR S. SAHOTA
Attorneys for Plaintiffs
STANISLAUS TOWING & RECOVERY
SERVICES, INC., (a California Corporation),
RON HANNINK and STEPHANIE HANNINK

## **ORDER**

This GRANTS the parties a one-time extension to October 31, 2012 to file proper papers to dismiss this action in its entirety.  This Court is grant no further extensions, except as necessary to prevent manifest injustice.

IT IS SO ORDERED.

**Dated:   October 9, 2012**                              /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE

**REQUEST FOR EXTENSION OF TIME;
[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME**