# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS TOWING & RECOVERY SERVICE, INC., et al.,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF MODESTO,<br><br>          Defendant.<br>_____/ | CASE NO. CV F 11-1344 LJO DLB<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 49.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;
2. VACATES all pending matters and DISCHARGES pending orders to show cause; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 18, 2012**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1